No. 1080, Misc.  MAXEY v. INDIANA.  Sup. Ct. Ind. Certiorari denied.  *Carl Lee Compton* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *Walter E. Bravard, Jr.,* Deputy Attorney General, for respondent.

No. 1091, Misc.  IN RE REECE.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States in opposition.

No. 1097, Misc.  BELL v. MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 1107, Misc.  LeVIER v. KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 1108, Misc.  ALVAREZ v. IMMIGRATION AND NAT-URALIZATION SERVICE;

No. 1129, Misc.  DE GUZMAN v. IMMIGRATION AND NATURALIZATION SERVICE;

No. 1139, Misc.  CEBALLOS v. IMMIGRATION AND NAT-URALIZATION SERVICE; and

No. 1140, Misc.  DE RAMOS v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 7th Cir.  Certiorari denied.  *Richard W. Lowery* for petitioner in each case. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for respondent in all four cases.

No. 1147, Misc.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1150, Misc.  ROBERTS v. CARTER, JUDGE, ET AL. C. A. 4th Cir.  Certiorari denied.